OPINION — AG — **** TULSA WATER AUTHORITY — NOT PUBLIC BODY — WAGE RATES PAYABLE **** THE TULSA METROPOLITAN WATER AUTHORITY, A PUBLIC TRUST, CREATED UNDER 60 O.S. 1961 176-180 [60-176] [60-180], IS NOT A "PUBLIC BODY" AS DEFINED IN 40 O.S. 1969 Supp., 196.2 [40-196.2](6), AND IS THEREFORE NOT SUBJECT TO THE PROVISIONS OF 40 O.S. 1969 Supp. 196.1-196.12 [40-196.1], [40-196.12], RELATING TO PREVAILING WAGE RATES PAYABLE BY A PUBLIC BODY ENGAGING IN PUBLIC WORKS. (CARL G. ENGLING)